

# Fourth Court of Appeals
## San Antonio, Texas

July 23, 2015

No. 04-15-00379-CV

**IN THE INTEREST OF A.T.L.,** a Child,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00966
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

In this accelerated appeal of the June 3, 2015 order terminating Appellant's parental rights, Appellant's brief was due to be filed with this court on July 22, 2015. *See* TEX. R. APP. P. 38.6(a). On the brief's due date, Appellant filed his first unopposed motion for a twenty-day extension of time to file Appellant's brief.

Appellant's motion is GRANTED. Appellant's brief must be filed with this court by August 11, 2015. *See id.* Further motions for extension of time to file Appellant's brief will be disfavored. *See* TEX. R. JUD. ADMIN. 6.2, (directing courts of appeals to dispose of SAPCR suits "[w]ithin 180 days of the date the notice of appeal is filed").

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of July, 2015.



_____
Keith E. Hottle
Clerk of Court